IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-MJ-1106

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | MOTION TO UNSEAL WARRANT and COMPLAINT |
| TRACEY LOVELL TAYLOR | ) | |

Upon motion of the United States it is hereby ORDERED, for good cause shown based on the facts and reasons stated in the motion, that the Warrant and Complaint in the above-captioned matter, be unsealed.

This the 13th day of May, 2011.

_____
ROBERT B. JONES JR.
United States Magistrate Judge